# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLOVERLEAF GOLF COURSE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 11–cv–190–DRH–SCW |
| | ) |
| FMC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF CERTIFICATION TO ATTORNEY GENERAL

**WILLIAMS, Magistrate Judge:**

Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), the Court **CERTIFIES** to the Attorney General of the United States that the constitutionality of the *qui tam* provisions of 35 U.S.C. § 292 has been questioned, whereby the Court **ORDERS** that the United States shall be permitted to intervene.[1] As such, the Court **DIRECTS** the Clerk of Court to send of copy of this Order to:

Attorney General of the United States
c/o Lee Lofthus
Assistant Attorney General for Administration
Justice Management Division
950 Pennsylvania Ave.
NW Room 1111
Washington, DC 20530

and

United States Attorney for the Southern District of Illinois
c/o J. Christopher Moore
Assistant United States Attorney, Civil Chief
9 Executive Drive

---

[1] The Court notes that the Government has already sought leave to intervene (Doc. 32). That motion will be **GRANTED** and a briefing schedule entered by separate Order.

Suite 300
Fairview Heights, IL 62008

The Court notes that Defendant FMC Corporation has fulfilled its obligations under Federal Rule of Civil Procedure 5.1(a)(1) by providing Notice (Doc. 17) to the Attorney General of the United States of the constitutional issue raised by their Motion to Dismiss (Doc. 15) and Memorandum (Doc. 16) in support thereof.

    **IT IS SO ORDERED**.

    DATED: June 17, 2011.

                                                    /s/ *Stephen C. Williams*
                                                    STEPHEN C. WILLIAMS
                                                    United States Magistrate Judge