IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CLOVERLEAF GOLF COURSE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 11-cv-00190-DRH-SCW |
| | ) | |
| FMC CORPORATION., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon receipt of the government's motion and the Court being apprised in the premises, the United States of America is GRANTED their motion to intervene (Doc. 32) and GRANTED a time period to and including July 13, 2011, in which to file a brief defending the constitutionality of section 292. Plaintiff and defendant shall file their responsive briefs (if any) by August 13, 2011. Any reply brief by the United States of America shall be filed by August 27, 2011.

Dated: June 17, 2011

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge