IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CLOVERLEAF GOLF COURSE, INC.,**

    **Plaintiff,**

**v.**

**FMC CORPORATION,**

    **Defendant.**        Case No. 11-CV-190-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 20, 2012, this case is **DISMISSED** with prejudice.

        NANCY J. ROSENSTENGEL,
        CLERK OF COURT

        BY:    /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: March 20, 2012

David R. Herndon
2012.03.20
10:51:50 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT